CYNTHIA BRONK, as Administratrix, etc., Appellant, *v.* THE
NEW YORK & NEW HAVEN RAILROAD CO., Respondent.

An order of General Term granting a new trial in a case tried by a jury is
    not appealable to this court, where a material and controverted question
    of fact was involved, upon which the General Term might have granted
    the new trial; and, although both parties desire it, such an appeal will
    not be entertained.

(Argued February 29, 1884; decided March 11, 1884.)

THE mem. of opinion of which the following is a copy states
the nature of the appeal and the material facts.

" Upon the trial a nonsuit was denied and the case sub-
mitted to the jury as one in which a verdict might be had ac-
cording to the estimation of the jury of certain facts in evi-
dence. They decided in favor of the plaintiff. A motion was
then made for a new trial, upon the judge's minutes, and it
being denied, the defendant after judgment appealed to the
General Term both from the order and the judgment, where
the judgment was reversed and a new trial ordered.

In such a case it has been often held that no appeal lies to
this court ( *Wright* v. *Hunter,* 46 N. Y. 409; *Sands* v. *Crooke,*
id. 564; *Dickson* v. *B'way and Seventh Ave. R. R. Co.,* 47
id. 507; *Harris* v. *Burdett,* 73 id. 136; *Whitson* v. *David,*
81 id 645), and although both parties desire otherwise, we
must follow these decisions and dismiss the appeal now before
us. It is not suggested by the plaintiff that the question sub-
mitted to the jury was immaterial, nor that it should have been
decided in his favor by the court as matter of law. Such claim
would be untenable. The evidence was at least not wholly in
his favor, and at the trial the defendant insisted that no case
had been made out and that a nonsuit should have been granted.
The case is one, therefore, where controverted and material
questions of fact are involved, and for their review by this
court no provision has been made. In *Harris* v. *Burdett*
(*supra*) two cases are pointed out in which after trial by jury
an appeal from the order of the General Term may be had.
The present is not one of them. In order, however, that the

plaintiff may take such course in the court below as he may think proper to preserve his rights, the appeal may be dismissed, but it must be with costs."

*James W. Cairns* for appellant.

*H. H. Anderson* for respondent.

DANFORTH, J., reads mem. for dismissal of appeal.
All concur.
Appeal dismissed.